# United States District Court

EASTERN DISTRICT OF CALIFORNIA

FILED

DEC 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

LUIS MIGUEL OCEGUEDA

Defendant

ORDER SETTING CONDITIONS
OF RELEASE

Case Number: 1:08-CR-00211-LJO

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at the U.S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom _4_ before District Judge _Lawrence J. O'Neill_ on _January 28, 2011_ at _9:00 a.m._

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✔) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

(XX) THE DEFENDANT IS TO BE RELEASED TO THE CUSTODY OF **TURNING POINT CENTRAL CA ONLY**

COPY:     DEFENDANT     U.S. ATTORNEY     U.S. MARSHAL     PROBATION

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6)     The defendant is placed in the custody of:

<u>Turning Point of Central California</u>

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
(FAXED SIGNATURE ON 12/16/2010: ORIGINAL SIGNATURE TO BE
CUSTODIAN OR PROXY  PROVIDED TO THE COURT BY PROBATION)

( ) (7)     The defendant shall:

( ) (a)     maintain or actively seek employment.

( ) (b)     maintain or commence an educational program.

( ) (c)     abide by the following restrictions on his personal associations, place of abode, or travel:

( ) (d)     avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:

( ) (e)     report on a regular basis to the following agency:

( ) (f)     comply with the following curfew:

( ) (g)     refrain from possessing a firearm, destructive device, or other dangerous weapon.

( ) (h)     refrain from excessive use of alcohol, and any use of unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner.

☑ (i)     undergo medical or psychiatric treatment and/or remain in an institution, as follows: <u>*The defendant is to be released to the care, control and custody of Turning Point Central California for a term of six (6) months by the end of business on December 20, 2010.*</u>

( ) (j)     executed a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property:

( ) (k)     post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money:

( ) (l)     execute a bail bond with solvent sureties in the amount of $

( ) (m)     return to custody each (week)day as of   o'clock after being released each (week)day as of   o'clock for employment, schooling, or the following limited purpose(s):

( ) (n)     surrender any passport to

( )    (o)    obtain no passport.

(✓)    (p)    *All previously imposed terms and conditions remain in full force and effect.*

COPY:        DEFENDANT          U.S. ATTORNEY          U.S. MARSHAL          PROBATION

3d — Turning Point    Ocegueda, 08-211
Case 1:08-cr-00211-LJO  Document 26  Filed 12/20/10  Page 4 of 4
AO 199C (Rev. 4/91) Advice of Penalties...    Page 4 of 4 Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
- (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
- (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years or both;
- (3) any other felony, you shall be fined not more than $250,000 or imprisoned for not more than two years, or both;
- (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

X *Luis Ocegueda*
Signature of Defendant

Address

Telephone

## Directions to United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 12-20-2010

Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Probation

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - ~~PRETRIAL SERVICES~~

